**Thomas J. SMITH, Jr., Plaintiff–
Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee,**

v.

**Preston L. Scarbrough, Reverend,
Appellant.**

No. 03–31183.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

DECIDED: July 9, 2004.

Thomas J. Smith, Jr., Prichard, AL, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**424**

Scott Thomas Morris, Dallas, TX, for Defendant–Appellee.

Preston L. Scarbrough, Prichard, AL, pro se.

Before SMITH, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Reverend Preston Scarbrough and Carolyn Scarbrough Smith, mother of Thomas J. Smith, Jr., a minor, appeal, on behalf of the minor, the dismissal of Scarbrough's petition seeking review of the denial of Supplemental Security Income benefits. *See* 42 U.S.C. § 405(g). The suit filed by Rev. Scarbrough did not toll the limitations period, because he lacked the capacity to represent the plaintiff. 42 U.S.C. § 405(g); 20 C.F.R. § 416.1481; 28 U.S.C. § 1654; FED.R.CIV.P. 11(a), 17(c); *Gonzales v. Wyatt,* 157 F.3d 1016, 1021–22 (5th Cir.1998). Because the time for filing suit has expired, appellants cannot prevail. *See* § 405(g); § 416.1481; *Gonzales,* 157 F.3d at 1021–22.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.